Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAJEEB AL SHAIBA, *et. al.* <br><br> Plaintiffs, <br><br> v. <br><br> EMILY BARDINI, *et al.*, <br><br> Defendants. | No. C21-01632 RSM <br><br> STIPULATED MOTION TO DISMISS AND ORDER <br><br> Noted for Consideration: <br> February 2, 2022 |

Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiffs' I-589 applications.  Dkt. No. 1.  USCIS has since approved Plaintiffs' applications.  Accordingly, the above-captioned action having been resolved, the parties, through their undersigned counsel and respective attorneys of record, stipulate to dismissal without prejudice, with each party to bear their own fees or costs.

//

//

//

//

//

| | |
|---|---|
| Dated: February 2, 2022 | Respectfully submitted, |
| | NICHOLAS W. BROWN<br>United States Attorney |
| | *s/Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone:  206-428-3824<br>Email:  michelle.lambert@usdoj.gov<br>*Attorneys for Defendants* |
| | *s/Meena Pallipamu Menter*<br>MEENA PALLIPAMU MENTER<br>WSBA #31870<br>Menter Immigration Law, PLLC<br>4444 Woodland Park Ave N Suite 203<br>Seattle, WA 98103<br>Phone: 206-419-7332<br>Email:  meena@meenamenter.com<br>*Attorney for Plaintiff* |

STIPULATED MOTION TO DISMISS                     - 2
 (21-cv-1632-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

It is so **ORDERED**.  The case is dismissed without prejudice.

DATED this 3rd day of February, 2022.

                              RICARDO S. MARTINEZ
                              CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO DISMISS                - 3
(21-cv-1632-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970